UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CYNTHIA GAY,**

    **Plaintiff,**

v.                                  Case No.  8:06-cv-2382-T-30MSS

**CLARENCE FLUELLEN, JR. and
LIBRA TRANSPORT INC., LLC.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Mediation Report (Dkt. #26) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 1, 2008.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2006\06-cv-2382.dismissal 26.wpd